1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LILLIE RICHARDSON, | Case No. 18-cv-02962-DMR |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE DENIED AS UNTIMELY** |
| KINSALE INSURANCE COMPANY, | |
| Defendant. | Re: Dkt. Nos. 45, 47 |

On December 26, 2018, the parties submitted a proposed briefing schedule for dispositive motions on the issue of the duty to defend, which the court entered as an order on January 2, 2019. [Docket Nos. 34, 35.] Pursuant to the order, the deadline for each of the parties to file motions for summary judgment or partial summary judgment as to that issue was April 8, 2019. [*See* Docket No. 35.] Additionally, the last day to file dispositive motions was April 8, 2019. [Docket No. 33.] Instead of complying with the court-ordered briefing schedule, Defendant Kinsale Insurance Company filed a motion to dismiss the complaint on April 16, 2019 and a motion for summary judgment on April 22, 2019. It also noticed its motion for summary judgment for hearing on less than 35 days notice in violation of Local Rule 7-2(a). Accordingly, the court orders Defendant to respond by April 29, 2019 and show cause why its motions to dismiss and for summary judgment should not be denied as untimely.

**IT IS SO ORDERED.**

Dated: April 24, 2019



Donna M. Ryu
United States Magistrate Judge